**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| | ) | |
| v. | ) | |
| | ) | **VIOLATION:** |
| **DANA MCDANIEL,** | ) | |
| | ) | **Count 1: 18 U.S.C. § 201(b)(2)** |
| | ) | **(Bribery)** |
| **Defendant.** | ) | |
| | ) | **18 U.S.C. § 981(a)(1)(C), 18 U.S.C §§** |
| | ) | **982(a)(1) & (a)(2)(A), 28 U.S.C. § 2461(c),** |
| | ) | **and 21 U.S.C. § 853(p)** |
| | ) | **(Criminal Forfeiture)** |

**INFORMATION**

The United States Attorney for the District of Columbia charges that:

**Background**

At all times relevant to this Information, on or about the dates and times stated herein:

1. Dana McDaniel was employed by the D.C. Government. From January 2020 to April 2023, McDaniel served as the Deputy Director of D.C.'s Office of Neighborhood Safety and Engagement (ONSE). In that role, McDaniel managed agency programming and community-based services focused on providing resources and interventions for at-risk individuals in at-risk communities impacted by violence in D.C., including the Violence Intervention (VI) Initiative.

2. ONSE was a D.C. Government agency created to address violence in Washington D.C. and assist families dealing with the grief and trauma caused by such violence. In 2018, ONSE launched the VI Initiative, a collaborative community engagement strategy designed to support

D.C. residents in reducing gun-related violence in their communities. ONSE contracted and partnered with community organizations to build partnerships with community members.

3. The VI Initiative engaged individuals as Violence Interrupters, who were outreach workers with an understanding of historical neighborhood conflicts. Violence Interrupters were responsible for: (1) building positive relationships with priority community members and developing partnerships with community organizations to implement violence intervention strategies; (2) serving as mentors to high-risk individuals; (3) identifying community and interpersonal conflicts with the potential to escalate to violence; (4) supporting the facilitation of ceasefires and mediations; and (5) responding to critical incidents to conduct information gathering, rumor control, and de-escalation. Violence Interrupters worked with individuals, families, and communities mostly affected by violence, to help extricate people from cycles of violence.

4. CHS 1 was a resident of Maryland and operated several businesses that provided services to the D.C. Government, including Company 1 and Company 2.

5. Company 1, a Washington, D.C., corporation, was associated with CHS 1. Company 1 represented itself as a community-based initiative to serve high-risk youths and adults throughout D.C. and Maryland. As part of ONSE's VI Initiative, Company 1 provided violence intervention services in Wards 1 and 4 of Washington, D.C.

6. Company 2, a Washington D.C., corporation, was associated with CHS 1. As part of the ONSE's VI Initiative, Company 2 provided violence intervention services in Ward 5 of Washington, D.C.

7. Company 3 was a nonprofit organization that provided family and mental health services to individuals in, among other places, Washington, D.C. In 2022, Company 3 became ONSE's administrative partner to provide quality assurance, compliance, and fiscal management

for subgrantees under the VI Initiative. ONSE approved the subgrantees with whom Company 3 contracted to provide the VI services.

## COUNT 1
### (18 U.S.C. § 201(b)(2) – Bribery)

8. Paragraphs 1 through 7 are hereby realleged.

9. Prior to September 2022, and continuing through at least August 2024, in the District of Columbia and elsewhere, the defendant,

**DANA MCDANIEL**

being a public official, did directly and indirectly corruptly demand, seek, receive, accept, and agree to receive and accept anything of value, in return for being influenced in the performance of any official act; in return for being influenced to commit and aid in committing, and to collude in, and allow, any fraud, and make opportunity for the commission of any fraud, on the United States; and in return for being induced to do and omit to do any act in violation of her official duties; that is, **MCDANIEL** corruptly demanded, sought, received, accepted, and agreed to receive and accept at least $10,000, and received and accepted at least $10,000 in the form of one cash payment in exchange for using and agreeing to use her position as Deputy Director of ONSE to direct contracts and grants to CHS 1's associated businesses.

(In violation of Title 18, United States Code, Section 201(b)(2))

## NOTICE OF FORFEITURE – COUNT ONE

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(A).

Upon conviction of the offense listed in Count One of this Information, Defendant,

**DANA MCDANIEL,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting or derived from proceeds the person obtained directly or indirectly as the result of such violation.

## MONEY JUDGMENT

In the event of conviction, the United States may seek a money judgment.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).)

//
//
//
//
//
//
//
//
//

Respectfully Submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:     /s/Rebecca G. Ross
Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb
N.Y. Bar. No. 2367670
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

5